IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>DANA MARIE BROOKS,<br><br>Defendants. | No. C 15-02548 HRL (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. On June 9, 2015, Plaintiff filed an application to proceed in forma pauperis (Docket No. 2), which the Clerk informed him was deficient because it failed to include a Certificate of Funds in prisoner's account completed and signed by an authorized officer of the institution and failed to include a copy of Plaintiff's prison trust account statement showing transactions for the last six months (Docket No. 3). Plaintiff was directed to respond to the Court's notice by July 7, 2015. (Docket No. 3.)

On June 29, 2015, Plaintiff filed a second application to proceed in forma pauperis. (Docket No. 4) However, this in forma pauperis application is deficient for the same reasons. Plaintiff has again failed to include a Certificate of Funds in prisoner's account completed and signed by an authorized officer of the institution and failed to include a copy of Plaintiff's prison trust account statement showing transactions for the

last six months. In the interest of justice, Plaintiff is GRANTED an extension of time to file a complete IFP application. Plaintiff shall file the necessary document to complete his IFP application **no later than twenty-eight (28) days** from the filing date of this order.

It appears that Plaintiff may not be a prisoner. See Docket No. 1 at 1. If that is the case, he should not use the court forms intended for prisoners because the requirements for prisoner litigants differs from the requirements for non-prisoner litigants. The Clerk is directed to send two copies of the in forma pauperis application for non-prisoners to Plaintiff.

**IT IS SO ORDERED**

DATED: 7/8/15

HOWARD R. LLOYD
United States Magistrate Judge