IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANA MARIE BROOKS,<br><br>　　　　Defendant. | No. C 15-02548 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. On June 9, 2015, Plaintiff filed an application to proceed in forma pauperis ("IFP"), (Docket No. 2), which the Clerk informed him was deficient because it failed to include a Certificate of Funds in prisoner's account completed and signed by an authorized officer of the institution and failed to include a copy of Plaintiff's prison trust account statement showing transactions for the last six months (Docket No. 3). Plaintiff was directed to respond to the Court's notice by July 7, 2015. (Docket No. 3.)

On June 29, 2015, Plaintiff filed a second IFP application, (Docket No. 4), which was also deficient for the same reasons as the first application. In the interest of justice, Plaintiff was granted an extension of time to file a complete IFP application, such that the necessary documents were due no later than twenty-eight (28) days from July 8, 2015, the

filing date of the order, *i.e.*, no later than August 5, 2015. (Docket No. 5.)

The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed the necessary documents to complete his IFP application. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 8/7/15

HOWARD R. LLOYD
United States Magistrate Judge